SEYFARTH SHAW LLP
Jon D. Meer (SBN 144389)
E-mail: jmeer@seyfarth.com
Jill A. Porcaro (SBN 190412)
E-mail:  jporcaro@seyfarth.com
Elizabeth M. Levy (SBN 268926)
elevy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendants
MICHAEL KORS STORES (CALIFORNIA),
INC. and MICHAEL KORS USA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEE BROOKS PATTON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL KORS STORES (CALIFORNIA), INC., a Delaware corporation; MICHAEL KORS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 15CV2560L MDD<br><br>**DEFENDANTS' NOTICE OF RELATED CASE**<br>**[LR 40.1]**<br><br>Complaint Filed: October 6, 2015<br>Removal Filed: November 13, 2015 |

DEFENDANTS' NOTICE OF RELATED CASE

23191754v.1

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Michael Kors Stores (California), Inc. and Michael Kors USA, Inc. ("Defendants"), by and through their counsel of record, hereby submit this Notice of Related Case, pursuant to Southern District Local Rule 40.1(f) and (g).

Defendants believe this case is related to the following putative class action case currently pending in the United States District Court, Central District of California: *PAMELA THOMAS-BYASS, an individual on behalf of herself, and on behalf of all persons similarly situated, vs. MICHAEL KORS STORES (CALIFORNIA), INC.,* Case No. 5:15-cv-00369-JGB (KKx) ("*Thomas-Byass* Case").

The *Thomas-Byass* Case was filed on December 23, 2014 in the Superior Court for the County of San Bernardino. Defendant Michael Kors Stores (California), Inc. ("Defendant") removed the *Thomas-Byass Case* to the U.S. District Court for the Central District of California on February 25, 2015 pursuant to jurisdiction under the Class Action Fairness Act.

Defendant believes the *Thomas-Byass* Case is related to the instant case under Local Rule 40.1(g) because both purport to assert claims against Defendant for failure to provide meal and rest periods, failure to pay overtime in violation of Cal. Labor Code §§ 510, 1198, failure to provide accurate wage statements in violation of Cal. Labor Code § 226, and failure to timely pay wages upon termination in violation of Cal. Labor Code §§ 201-203. Both cases also include a representative claim to recover civil penalties pursuant to the California Labor Code Private Attorney General Act, Cal. Labor Code § 2698 *et seq*. ("PAGA").

Defendants do not believe assignment of these matters to a single district judge is likely to effect a saving of judicial effort or economies because the

*Thomas-Byass* Case is in the process of being settled on a class-wide basis. Plaintiff Ashlee Brooks Patton ("Plaintiff") is a putative class member in the *Thomas-Byass* Case. Her individual claims and her representative PAGA claim are encompassed by the pending class settlement in the *Thomas-Byass* Case. Accordingly, Defendants intend to move to abate or, in the alternative, stay Plaintiff's claims in this case pending the resolution of the *Thomas-Byass* Case.

DATED: December 15, 2015

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Jill A. Porcaro*
    Jon D. Meer
    Jill A. Porcaro
    Elizabeth M. Levy

Attorneys for Defendants
MICHAEL KORS STORES (CALIFORNIA), INC., and MICHAEL KORS USA, INC.